Certified Mail #: **CV614-08₂**

From:

7013 2250 0001 4472 5616

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]


To:

Clerk, U.S. District Court
P.O. Box 8286
Savannah, GA 31412


Wednesday, July 30, 2014


**RE: Petition for Federal Writ of Habeas Corpus: Southern District of GA (Statesboro Division)**


Dear Sir or Madam:

My name is Tamah Jada Clark and I am writing you regarding my enclosed petition for a federal writ of Habeas Corpus pursuant 28 U.S.C. § 2254 (a). As indicated in the petition, it is my intent to file it in the U.S. Federal District Court for the Southern District of Georgia, Statesboro Division.

I originally sent my paperwork to *"52 North Main Street, Statesboro GA 30458"* on Tuesday, July 22, 2014, addressed to *"Clerk, U.S. District Court (Statesboro Division)"* because that was the address provided on your website. However, somehow a person named Heather McNeal Banks, whom identified herself as Bulloch County Clerk of Court, intercepted and diverted my petition. (Please see enclosure).

On yesterday, I received it returned to me in the mail from the aforementioned state clerk for Bulloch County GA. However, it was confusing, because I never sent it to her in the first place. Either way, I have re-enclosed my petition for the

second time and am now sending it to *"PO BOX 8286, Savannah GA 31412"* in hopes that it will finally reach the federal Clerk of Court for the Southern District of Georgia (Statesboro Division); lest it begin to appear as though the United States is intentionally denying access to its courts.

If there is another address or different methodology that you would like for me to use in order to file my paperwork, other than what your website, the federal court rules, and United States Code indicate, please feel free to inform me of this. Thank you in advance for your time and assistance.

Kind Regards,

*[signature]*

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com


Enclosure(s):

- Letter dated 7/22/14 to Clerk of U.S. Court entitled *"Request for file-stamped and Returned Copy [of petition]"*—Certified Mail™ #: 7011 1570 0001 1520 4429
- Self-addressed postage paid envelope to return file-stamped petition
- $5.00 Money Order (for payment of filing fees)
- Letter from Bulloch County Clerk of Court dated 7/25/14
- Letter in response to the Bulloch County Clerk of Court dated 7/29/14

CC:

Clerk, U.S. Federal District Court
(Statesboro Division)
52 North Main Street
Statesboro, GA 30458


Heather Banks McNeal
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, GA 30458


John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520


Office of the U.N. High Comm'r for Human Rights
Human Rights Council Branch
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland