**CV614-08?**

Certified Mail #:

From:

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida 32504
United States of America

7011  1570  0001  1520  4573

To:

Heather Banks McNeal
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, GA 30458

Tuesday, July 29, 2014

RE: Petition for **FEDERAL** Writ of Habeas Corpus Pursuant 28 U.S.C. § 2254 (a)

Dear Bulloch County Clerk of Court:

My name is Tamah Jada Clark and I am writing you regarding my petition for a **FEDERAL** writ of Habeas Corpus. As you know, you returned my paperwork to me—and I just received it on today, which is why I am contacting you at this time. However, I am completely baffled as to how you came to have my paperwork in your possession in the first place.

The envelope in which my petition was sent had been addressed to *"Clerk, U.S. District Court (Statesboro Division)"* —which is a **FEDERAL** court—and was sent to *"52 North Main Street, Statesboro GA 30458"*—which was the address for **FEDERAL** court provided on the United States District Court for the Southern District of Georgia (Statesboro Division) website located at http://www.gasd.uscourts.gov/usdcCourtInfo.asp .

Furthermore, I had called the correct (U.S. **FEDERAL** District Court) the day before sending in my petition, in order to verify the proper ~~procedure~~ procedure and mailing address for doing so. The gentleman that I spoke with verified that the *"52 North Main Street, Statesboro GA 30458"* was the correct address. Nevertheless, you somehow intercepted and diverted my petition. I am confused as to how this has happened.?????

The address from which you returned my petition was *"20 Siebald Street, Judicial Annex Building, Statesboro GA 30458"*. And you also took the liberty of crossing out the correct address, as I wrote it on my envelope, and replaced it with your own. Why would you do that? I did not ask you to deface my mail. I paid $9.00 to have my mail sent to the address that I provided. What made you think it was okay to change the address on my envelope? And what is it that you feel gives you the right to do so?

Lastly, you are the clerk of a STATE court, not a **FEDERAL** court. My petition was sent and addressed to the clerk of a U.S. **FEDERAL** District Court, so why would you open mail that was not addressed to you? It was sent via USPS Certified Mail™, so I have proof of where it was sent. I did not send it to you or to your address, so how did you get it?

To briefly recapitulate the main points here:

1. The envelope containing my petition was addressed to a **FEDERAL** clerk.
2. The address on the envelope was to a **FEDERAL** courthouse.
3. The **FEDERAL** civil cover sheet accompanying my petition was for a civil action pursuant to 28 U.S.C. § 2254 (a), which is **FEDERAL** law.
4. The $5.00 money order I enclosed with my petition to pay for filing fees says it is to be paid to the order of the clerk of a **FEDERAL** court.
5. The letter I sent along with my petition—with Certified Mail™ #: 7011 1570 0001 1520 4429—was to a **FEDERAL** clerk and cited two different sets of **FEDERAL** court rules.

Therefore, the billion-dollar-question is:

Who are you and how did you get involved in a matter that CLEARLY did not concern you? I have no idea who you are and had never even heard of Bulloch

County GA before its Clerk of Court committed mail fraud. Are there not laws in your country against opening mail that is CLEARLY not addressed to you?

And then you had the NERVE to send me this scanty and insulting letter that reads as follows:

> *"Please find the enclosed documents that were mailed to the Bulloch County Clerk of Court for recording. The filing fees were incorrect, as is the jurisdiction for filing. Also, we have no records on file for your husband."*

As if I am so stupid that I am going to believe that the FRAUDULENT error has been made on my part. I was very clear, express, and direct regarding my intent to file for a **FEDERAL** writ of habeas corpus in a **FEDERAL** court. Who you are and where you came from is beyond me. But let this letter serve as your official notice that I HAVE NO INTENTION OF DOING BUSINESS WITH YOUR FORUM. Thank you.

Regards,

*[signature: Tamah Jada Clark]*

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida 32504
United States of America
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com


CC:

Clerk, U.S. District Court
52 North Main Street
Statesboro, GA 30458

**Heather Banks McNeal**
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, Georgia  30458

July 25, 2014

Dear Ms. Clark,

Please find enclosed the documents that were mailed to the Bulloch County Clerk of Court for recording.  The filing fees were incorrect, as is the jurisdiction for filing.  Also, we have no records on file for your husband.

Sincerely,

*Heather Banks McNeal*

Heather Banks McNeal
Clerk of Court