# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

TAMAH JADA CLARK,                        :

          Petitioner,         :

v.                                       :        CIVIL ACTION NO.: CV614-082

                   :

STANLEY WILLIAMS, Warden,                :
Smith State Prison,                      :

          Respondent.         :

## O R D E R

Petitioner, Tamah Jada Clark, paid the fee and filed this habeas corpus action, ostensibly pursuant to 28 U.S.C. § 2254, on behalf of her husband, Jason Joseph Clark. Jason Joseph Clark is currently incarcerated at Smith State prison in Glennville, Georgia. According to the Georgia Department of Corrections website[1], Jason Joseph Clark, GDC ID # 1000358291, was convicted in the Superior Court of Gwinnett County, Georgia. Gwinnett County, Georgia, is within the Northern District of Georgia.

While this Court has jurisdiction over this petition, it is the practice of this Court to transfer a Section 2254 case to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, IT IS HEREBY ORDERED that the captioned action is **TRANSFERRED** to the United States District Court for the Northern

---

[1] www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryRedirector.jsp

AO 72A
(Rev. 8/82)

District of Georgia for further consideration.  The Clerk of Court is hereby directed to forthwith transfer this case to the United States District Court for the Northern District of Georgia.

**SO ORDERED**, this ⟨20⟩ day of ⟨August⟩, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)