**Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

Certified Mail #:

From:

7013  2250  0001  90001  3187

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 27 2014

To:

JAMES N. HATTEN, Clerk
BP C ____ Deputy Clerk

Clerk, U.S. **FEDERAL** District
Court (**STATESBORO** Division)
c/o Scott L. Poff
Clerk, U.S. District Court
Southern District of Georgia
P.O. Box 8286
Savannah GA 31412

1:14-CV-2703-WBH

Friday, August 22, 2014

**RE: Imposition of Compelled Association and Perpetuation of Involuntary Servitude by Clerk Scott L. Poff of USDC, Southern District of GA**

Dear Sir:

My name is Tamah Jada Clark and I am writing you regarding my petition for a federal writ of Habeas Corpus pursuant 28 U.S.C. § 2254 (a) dated July 22, 2014. I am in receipt of your letter to me dated August 14, 2014, in which you finally muster up the courage to step forth and identify yourself as the responsible party for filings in the Statesboro Division of the United States District Court, Southern District of GA, regardless of your having persuaded your naïve Deputy Clerk, Elizabeth C. Went, to sign her name to it. (See Attachment #1).

\*\*Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

On the Civil Cover Sheet of my petition, under section IV. (Nature of Suite), I specifically indicated that it is a petition for habeas corpus in behalf of an **ALIEN DETAINEE**—my husband, Jason Joseph Clark, who is not a United States citizen or national as defined at 8 U.S.C. § 1101 (a)(22). Per the Civil Cover Sheet itself, **CODE 463** is the proper classification for a habeas corpus filed in behalf of an alien detainee, not code 530.

Under section VI. (Cause of Action) of that same Civil Cover Sheet, I provided the following brief description of cause: *" Petitioner's husband imprisoned in violation of organic Constitution for the U.S. Republic; State lacks jurisdiction"*, once again indicating that my husband and I are **FOREIGN** to the current U.S. Democracy. (See Attachment #2).

Nevertheless, Mr. Clerk, you have erroneously and maliciously assigned code 530 as the Nature of Suit for my petition, without my knowledge or consent. (See Attachment #3). This explains why your co-conspirator, Judge B. Avant Edenfield, then turns around and unlawfully issues the Order for my action to be transferred to the Northern District of Georgia, dated August 20, 2014 ostensibly using 28 U.S.C. 2241(d) as the justification for his Order. (See Attachment #4-A & Attachment #4-B).

Mr. Clerk, citizenship and nationality are POLITICAL matters that you do not have the right or authority to determine for me or my husband—only we can decide such non-justiciable matters for ourselves. Making a determination as to mine or my husband's political affiliation is not something that even the Chief Justice of your Supreme Court—one of the highest-ranking legal officials in your system— could do. So then, how is it that you, as a mere court clerk, feel empowered to do so? Multiple crimes have now been committed here, Mr. Clerk— by you.

You took it upon yourself to: 1) unlawfully make a POLITICAL determination for me and my husband; 2) unlawfully compel my husband and I to associate with the United States; and, 3) unlawfully perpetuate the involuntary servitude of my husband who is being held captive in a U.S. prison, by tampering with my official legal documents without my knowledge or consent.

\*\*Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

The only indication of what you have deceptively done comes from a document that says it is for "Internal Use Only". (See Attachment #3). In other words, you had no intention of me ever finding out that—even after my paper work was diverted to the State Clerk of Bulloch County, then incorrectly filed in the Savannah Division of the U.S. District Court for the Southern District of Georgia before reaching the Statesboro Division—your letter to me insinuating that you had finally properly filed my paperwork was a sham because you have tampered with the nature of the suit, thereby completely changing its character altogether, in a now FAILED attempt to manipulate the integrity of my petition, as well as its validity. You even highlighted the Division and case number (in yellow) to distract from what you have incorrectly and fraudulently classified the Nature of Suit (which I have circled in red ink) to be.

Your actions are inconsistent with the principles of Justice, Mr. Clerk. Are you not aware that compelled association and involuntary servitude are universally understood to be both unacceptable and intolerable by the civilized nations of this world, as well as in opposition to the very principles upon which the United Nations was founded? (See U.N. Charter).

You see, Mr. Clerk, for some time before filing the present petition, my husband and I had already made numerous good faith efforts to communicate with several U.S. state and federal agencies for the purpose of correcting our legal statuses, by defeating every notion of our allegedly possessing U.S. citizenship and/or nationality. However, it soon became apparent that said U.S. agencies—much like the United States District Court for the Southern District of Georgia—were not willing to "play fair". They all attempted to use differing methods of "brushing us off" and avoiding the matter placed before them, just like you all (the United States District Court for the Southern District of Georgia) have been doing.

As a result, we began contact with the United Nations Office of the High Commissioner for Human Rights. On July 24, 2014 we filed complaints against the United States for violations of international human rights such as compelled association and involuntary servitude. (See Attachment #5). The problem was that they—like the other international bodies we have since contacted—want proof and/or strong evidence of our claims in order to proceed in taking action. They also want to see that "good faith" efforts have been made to address the matter about which one is complaining, in the local courts where the violations are taking place.

**Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

Mr. Clerk, your stamp is on that Civil Cover Sheet, to which you assigned Civil Action No.: CV614-082, proving that you received it "as-is", containing my express and specific intent regarding our self-determined political statuses. Similarly, Judge B. Avant Edenfield's signature is on the Order for transfer that he issued in violation of our basic and internationally-recognized human rights. I attempted to extend an olive branch to you all—in my letter to you entitled "Savannah Clerk Filing Error; Incorrect Venue" dated August 7, 2014, with Certified Mail™ #: 7013 2250 0001 4472 5623—but you have smited me across the face by continuing in your shenanigans. Fine. So be it. Mr. Clerk, between yourself and Judge B. Avant Edenfield, you two have provided me the proof I need to successfully pursue remedies against yourselves and the United States government, abroad. Thank you for your assistance.

Let this serve as your official notice that <u>I DO NOT CONSENT</u> TO THE FRAUDULENT AND INCORRECT CLASSIFICATION OF MY PETITION, Mr. Clerk; NOR TO THE COMPELLED ASSOCIATION AND INVOLUNTARY SERVITUDE THEREBY IMPOSED.

Sincerely,

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

<u>Attachments</u>

✓ Attachment #1: Letter from U.S. Clerk, Southern District of Georgia dated August 14, 2014

\*\*Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

- ✓ Attachment #2: Civil Cover Sheet for Action No.: CV614-082
- ✓ Attachment #3: Internal Civil Docket, U.S. District Court Southern District of Georgia (Statesboro)
- ✓ Attachment #4-A: Order for transfer issued by Judge B. Avant Edenfield on August 20, 2014
- ✓ Attachment #4-B: Letter addressing unlawfulness of Judge B. Avant's Order for Transfer—Certified Mail™ #: 7013 2250 0001 9001 3477
- ✓ Attachment #5: Initial complaint sent to United Nations Office of the High Commissioner for Human Rights

CC:

Judge B. Avant Edenfield
United States District Court
Southern District of Georgia
PO BOX 8286
Savannah, GA 31412

Heather Banks McNeal
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, GA 30458

John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

\*\*Important Notice: this letter is intended for the Clerk, U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division c/o Scott L. Poff. If you are not said Clerk, his or her deputy clerk, or other authorized person per U.S. Federal Law to file documents on behalf of the Clerk in the aforementioned Division, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5-6 to verify).

Clerk, U.S. Federal District Court
Northern District of GA
(ATLANTA Division)
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

Office of the U.N. High Comm'r for Human Rights
Human Rights Council Branch
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland

### *UNITED STATES DISTRICT COURT*
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

Scott L. Poff
Clerk

(912) 650-4020

Office of the Clerk
Post Office Box 8286
Savannah, Georgia 31412

August 14, 2014

Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola, FL 32504

Re: Statesboro Division, Tattnall County

Dear Sir:

Your case has been filed in the Statesboro Division. The Savannah Clerk's Office handles the Statesboro Division cases.

Sincerely,

Scott L. Poff
Clerk, U.S. District Court

Deputy Clerk

# CIVIL COVER SHEET

CV614-082

in neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV020315
Cashier ID: lherb
Transaction Date: 08/04/2014
Payer Name: Tamah Jada Clark

WRIT OF HABEAS CORPUS
For: Tamah Jada Clark
Amount:        $5.00

MONEY ORDER
Check/Money Order Num: 17-047961201
Amt Tendered:  $5.00

Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

**DEFENDANTS**

GEORGIA DEPARTMENT OF CORRECTIONS, (SMITH STATE PRISON WARDEN): WILLIAMS, STANLEY

County of Residence of First Listed Defendant

(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)

...Ave. #429, Pensacola

SAMUEL SCOTT OLENS, 40 CAPITOL SQUARE SW ATLANTA GA 30334, (404) 656-3300

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☒ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District (specify)   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 2254 (a)

Brief description of cause:
Petioner's husband imprisoned in violation of organic Consitution for the U.S. Republic; State lacks jurisdiction.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.   DEMAND $ (Discharge?) Habeas Corpus   CHECK YES only if demanded in complaint: JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE   D-GAN (US COURT NDGA ATL)   DOCKET NUMBER 1: 14-CV-2128

DATE
07/22/2014

SIGNATURE OF ATTORNEY OF RECORD   Tamah Jada Clark

FOR OFFICE USE ONLY

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

Attachment #3

HABEAS

# U.S. District Court
## Southern District of Georgia (Statesboro)
### CIVIL DOCKET FOR CASE #: 6:14-cv-00082-BAE-JEG
Internal Use Only

Clark v. Williams
Assigned to: Judge B. Avant Edenfield
Referred to: Magistrate Judge James E. Graham
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/04/2014
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Plaintiff**

**Tamah Jada Clark**

represented by **Tamah Jada Clark**
6901-A N. 9th Ave. #429
Pensacola, FL 32504
PRO SE

V.

**Defendant**

**Stanley Williams**
*Warden, Smith State Prison*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2014 | 1 | PETITION for Writ of Habeas Corpus filed by Tamah Jada Clark. (Attachments: # 1 Civil Cover Sheet)Receipt #SAV020315. Modified on 8/4/2014 (bcw). (Additional attachment(s) added on 8/4/2014: # 2 Receipt) (bcw). (Entered: 08/04/2014) |
| 08/04/2014 | 2 | Letter to USDC. (bcw) (Entered: 08/04/2014) |
| 08/04/2014 | 3 | Letter to State Court. (bcw) (Entered: 08/04/2014) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

TAMAH JADA CLARK,

            Petitioner,

    v.

STANLEY WILLIAMS, Warden,
Smith State Prison,

            Respondent.

CIVIL ACTION NO.: CV614-082

## O R D E R

Petitioner, Tamah Jada Clark, paid the fee and filed this habeas corpus action, ostensibly pursuant to 28 U.S.C. § 2254, on behalf of her husband, Jason Joseph Clark. Jason Joseph Clark is currently incarcerated at Smith State prison in Glennville, Georgia. According to the Georgia Department of Corrections website[1], Jason Joseph Clark, GDC ID # 1000358291, was convicted in the Superior Court of Gwinnett County, Georgia. Gwinnett County, Georgia, is within the Northern District of Georgia.

While this Court has jurisdiction over this petition, it is the practice of this Court to transfer a Section 2254 case to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, IT IS HEREBY ORDERED that the captioned action is **TRANSFERRED** to the United States District Court for the Northern

---

[1] www.dcor.state.ga.us/GDC/OffenderQuery/jsp/OffQryRedirector.jsp

AO 72A
(Rev. 8/82)

Pg. 1 of 2

District of Georgia for further consideration.  The Clerk of Court is hereby directed to forthwith

transfer this case to the United States District Court for the Northern District of Georgia.

SO ORDERED, this 20 day of _____, 2014.


B. AVANT EDENFIELD, JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)

Pg. 2 of 2

**Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division.  If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you— unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

From:

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

Certified Mail #:

7013  2250  0001  9001  3477


To:

Judge B. Avant Edenfield
United States District Court
Southern District of Georgia
(STATESBORO Division)
PO BOX 8286
Savannah, GA 31412


Friday, August 22, 2014


**RE: "Ostensibly" Lawful/Valid Order for Transfer issued by Judge Edenfield in Civil Action No. CV614-082 on August 20, 2014**


Dear Sir:


My name is Tamah Jada Clark and I am writing you regarding my petition for a federal writ of Habeas Corpus **pursuant 28 U.S.C. § 2254 (a)** dated July 22, 2014. As of today, I am in receipt of your "ostensibly" valid Order for my case to be transferred to the United States District Court for the Northern District of Georgia. However, as stated in the very first line of my petition, verbatim:

> *"Comes now Petitioner, Tamah Jada Clark (Mrs. Clark ), pursuant 28 U.S.C. § 2254 (a), in behalf of my husband, Jason Joseph Clark (Mr. Clark)".*

\*\*Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division.  If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

The petition was filed by me, in my proper person, <u>ON MY OWN BEHALF</u>; that is, the petition was filed **IN** behalf of my husband (as it was for his benefit), but he is not a party to the action and has not filed anything. I am the Petitioner in this action and I have filed the petition. I am not acting on anyone's behalf or representing anyone other than myself.

Irrespective of the expressly above-stated facts, you have issued an order to have the case transferred pursuant 28 U.S.C. § 2241 (d), which would **ONLY** apply:

> *"Where an application for a writ of habeas corpus is made by <u>A PERSON IN CUSTODY</u> <u>UNDER THE JUDGEMENT AND SENTENCE OF A STATE COURT</u> which contains two or more Federal judicial districts"*. [Emphasis added]. <u>See</u> 28 U.S.C. § 2241 (d).

Again, **I AM THE PETITIONER** in this action, not my husband, and therefore 28 U.S.C. § 2241 (d) <u>does not apply</u>; ergo: your Order is both UNLAWFUL and INVALID. Nice try.

Please feel free to reach out to me if you have any questions or concerns about the law that you are required to know (and it is your job to know)—which I am certain that you do know, but are nevertheless wasting my time with your unlawful, unjust, and unethical attempts to violate your oath of office and in doing so, also violate the Law of the Land, while my family-members' lives hang in the balance—which of course, is grounds for your immediate expulsion and/or incarceration (whichever you prefer). Needless to say, I am not amused. Your actions are shamefully disgusting and a disgraceful mockery of the principles of Justice. You should be ashamed!

Contrary to the *frivolous*, *meritless*, and shoddy conclusions you have come to in your moot and now DISCREDITED Order dated August 20, 2014, I have not filed my petition *"ostensibly pursuant to 28 U.S.C. § 2254"* <u>ON</u> behalf of my husband. I have filed my petition explicitly and intentionally pursuant 28 U.S.C. § 2254 <u>(a)</u>—which I have continuously and consistently maintained—<u>IN</u> behalf of my husband.

Yes, I am capable of keen observation to realize the difference between 28 U.S.C. § 2254 **(a)** and 28 U.S.C. § 2254 **(b)**, and have noticed that your Order purposely attempts to deceptively blur the fine line between them. This is the reason that the first line of your Order ambiguously and incorrectly states as follows:

\*\*Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division. If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

> *"Petitioner, Tamah Jada Clark, paid the fee and filed this habeas corpus action, ostensibly pursuant 28 U.S.C. § 2254 on behalf of her husband, Jason Joseph Clark."*

You **IMPLICITLY** accuse me of erroneously filing my petition "ostensibly" pursuant to 28 U.S.C. § 2254 **(b)**, which applies to *"An application for a writ of habeas corpus on behalf of a person in custody pursuant to the judgment of a State court."* See 28 U.S.C. § 2254 (b)(1). Again, my petition has been made pursuant 28 U.S.C. § 2254 (a), **ON MY OWN BEHALF**; 28 U.S.C. § 2254 (b) does not pertain to me or MY petition.

Yes, I am aware that you have FRAUDULENTLY attempted to coerce my husband and I into classifying ourselves as "citizens of the United States" as defined at 8 U.S.C. § 1101 (a)(22), by deceptively obtaining tacit "consent" to your incorrect application of 28 U.S.C. § 2241 (d) to my petition.

In every letter that I have sent to the clerks of state (Bulloch County GA) and federal (Statesboro and Savannah) courts and now yourself, in my painstaking and tireless efforts of good faith to facilitate the proper filing of the present action, I have specifically stated that it is MY petition, made pursuant 28 U.S.C. § 2254 (a). Have I not? Yes, of course I have.

In addition, every aspect of MY petition proves beyond a shadow of doubt, that I informed the court that my husband and I are foreign to the current United States, making my husband an alien detainee, and the both of us non-U.S. citizens or nationals. It is an impossibility for you to not have been clear about my representations to the court pertaining to our political statuses, because MY petition itself—which you have presumably at least pretended to read—is entitled *"Petition for Writ of Habeas Corpus Pursuant 28 U.S.C. § 2254 (a)"* [emphasis added] and contains very blatant and direct statement of facts such as:

> *"Comes now Petitioner, Tamah Jada Clark (Mrs. Clark), pursuant 28 U.S.C. § 2254 (a), IN BEHALF of my husband, Jason Joseph Clark (Mr. Clark)"* [emphasis added]; *and,*

\*\*Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division.  If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you— unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

> *"My husband and I are neither citizens nor nationals of the United States [8 U.S.C. § 1101 (a)(22)]; and are not U.S. residents or other U.S. persons [26 U.S.C. § 7701 (a) (30)] of any kind."* [emphasis added]; and,

> *"With respect to the current United States, we are nonresident, non-immigrant [8 U.S.C. § 1101 (a) (15) (B), ALIENS [8 U.S.C. § [1101] (a) (15) (B)]] ; and are domiciled without the same."* [emphasis added].

Furthermore, appended to my petition is 'Exhibit A', which contains documents entitled *"Request for Certificate of Loss of Nationality"* sent via Certified Mail™#: 7013 2250 0001 4472 5609 to the U.S. Secretary of State, Mr. John Kerry, on 7/16/14, and documents entitled "Notice of Legal Status", which further expound upon our (me and my husband's) political statuses. So, what exactly it is that made you believe my husband was the Petitioner in this action, with me having idiotically and mistakenly filed on his behalf or that we had informed the court that we are U.S. citizens and nationals, is completely beyond me and beyond even the least intelligent amongst your court staff. There is no excuse for this obvious miscarriage of Justice.

I have not done anything "ostensibly" from the very inception of this legal matter commenced on July 22, 2014. You have used the word "ostensibly" in error. Allow me to demonstrate its proper usage in the examples below:

- *"The United States state and federal courts **ostensibly** administer justice."*
- *"The United States government is **ostensibly** lawful and de jure."*
- *Judge B. Avant Edenfield **ostensibly** had good intentions in issuing the Order dated August 20, 2014 in civil action no. CV614-082.*
- *"The term 'Citizen of the United States' as used in the U.S. Constitution prior to the ratification of the 14th Amendment has a meaning that is **ostensibly** the same as that which it is believed to mean nowadays, in 2014."*
- *"The millions of Americans that allow themselves to be referred to as 'citizens of the United States' are **ostensibly** aware of the legal ramifications of such a classification.*

Let this serve as your official notice that I DO NOT CONSENT TO YOUR IMPOSITION OF COMPELLED ASSOCIATION AND SERVITUDE. And I DO NOT RECOGNIZE YOUR UNLAWFUL ORDER FOR TRANSFER.

\*\*Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division.  If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

What you have done is HIGHLY fraudulent and BLATANTLY ILLEGAL. I suggest you rethink your actions *very, very, very, very, very, very* FAST!

Sincerely,

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

CC:

Clerk, U.S. Federal District Court
Southern District of GA
(STATESBORO Division)
P.O. Box 8286
Savannah, GA 31412

Clerk, U.S. Federal District Court
Northern District of GA
(ATLANTA Division)
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

**Important Notice: this letter is intended for Judge B. Avant Edenfield of the U.S. Federal District Court for the Southern District of Georgia, STATESBORO Division. If you are not said Judge, his or her staff attorney, or other authorized person to accept communications on behalf of Judge Edenfield, then this letter is not intended for you— unless, of course, you have been carbon copied on this communication. (See page 5 to verify).

Heather Banks McNeal
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, GA 30458

John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Office of the U.N. High Comm'r for Human Rights
Human Rights Council Branch
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland



Registered No. RE 064 928597 US

Date Stamp

Reg. Fee

Handling Charge
Postage $0.00
Received by

Return Receipt
Restricted Delivery $3.75

JUL 25 2014
12
07/25/14

Customer Must Declare Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

$0.01

FROM
JaJon Joseph Clark &
Tamah Jada Clark
6201-A N. 9th Ave #429
Pensacola Florida (32504)

TO
Complaint Procedure Unit
OHCHR - Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10 Switzerland

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)      (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Pg. 1 of 12

**UNITED STATES POSTAL SERVICE ®**

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

*ministration*
*: Postes des*
*ts-Unis*
*mérique*

*Par Avion*

*turn by the*
*ickest route*
*r or surface*
*il), a découvert*
*d postage free.*

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
~~Jason   Joseph   Clark   & Tamah Jade Clark~~

*renvoyer par*
*voie la plus*
*pide (aérienne*
*de surface),*
*découvert et*
*franchise de*
*rt.*

Street and Number (Rue et no.)
6901-A N. 9th Ave #429

City, State, and ZIP ÷ 4 (Localité et code postal)
Pensacola Florida [32504]
USA

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

Form 2865, February 1997      *Avis de réception*          CN07 (Old C5)

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|

☐ Insured Parcel (Colis avec valeur déclarée)    Insured Value (Valeur déclarée) Article Number
OHCHR REGISR 928 597 US

Office of Mailing (Bureau de dépôt)
32504 - NOBLE P.O.

Date of Posting (Date de dépôt)
AUG 2005 -14

Addressee Name or Firm (Nom ou raison sociale du destinataire)
OHCHR - Palais Wilson

Street and No. (Rue et No.)     Recipients:
United Nations Office at Geneva

Place and Country (Localité et pays)
CH-1211 Geneva 10, Switzerland

Completed by the office of origin.
(A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)          Date

Signature of Addressee (Signature du destinataire)          Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Completed at destination.
(A compléter à destination.)

PS Form 2865, February 1997 (Reverse)

Pg. 2 of 12



UNITED NATIONS
HUMAN RIGHTS
OFFICE OF THE HIGH COMMISSIONER

# HUMAN RIGHTS COUNCIL
# COMPLAINT PROCEDURE FORM

→ **You are kindly requested to submit your complaint in writing in one of the six official UN languages (Arabic, Chinese, English, French, Russian and Spanish) and to use these languages in any future correspondence;**

→ **Anonymous complaints are not admissible;**

→ **It is recommended that your complaint does not exceed eight pages, excluding enclosures.**

→ **You are kindly requested not to use abusive or insulting language.**

## SECTION I.

**INFORMATION CONCERNING THE AUTHOR (S) OF THE COMMUNICATION OR THE ALLEGED VICTIM (S) IF OTHER THAN THE AUTHOR**

1. **Individual** ☒  **Group of individuals** ☐  **NGO** ☐  **Other** ☐

2. **Last name:** ......... Clark

3. **First name(s):** .............Jason

4. **Nationality:** ......... I was born in central North America, on the landmass known as the United States, but I am a non-U.S. citizen/ non-U.S. national).

5. **Address for correspondence on this complaint:** ...........6901-A N. 9th Ave. #429, Pensacola, Florida 32504, United States of America

6. **Tel and fax: (please indicate country and area code)** .......... United States of America, Tel: (850) 512-6642

7. **E-mail:** ..........TamahJClark@gmail.com

8. **Website:** ..........N/A

9. **Submitting the complaint:** Jason Joseph Clark

    a.  **On the author's own behalf?:  Yes** ☒    **No** ☐

    b.  **If on behalf of other persons, specify who:** ....................N/A

---

## SECTION II.

### INFORMATION ON THE STATE CONCERNED

10. **Name of the State concerned:**............ United States of America

11. **If applicable, name of public authorities responsible for the alleged violation(s):**...............: Acting Commissioner Carolyn W. Colvin of the U.S. Social Security Administration & U.S. Secretary of State John Kerry

---

## SECTION III.

### FACTS OF THE COMPLAINT AND NATURE OF THE ALLEGED VIOLATION(S)

*The complaint procedure addresses consistent patterns of gross and reliably attested violations of all human rights and all fundamental freedoms occurring in any part of the world and under any circumstances.*

12. **Please detail, in chronological order, the facts and circumstances of the alleged violations including dates, places and alleged perpetrators and how you consider that the facts and circumstances described violate your rights or that of the concerned person(s):**............

    i.)    On June 20, 2014, I sent a written communication to U.S. Secretary of State, Mr. John Kerry, pertaining to the loss of United States nationality and citizenship. (See Appendix A). In that communication, I was very clear and direct about my desire to not be affiliated with the United States, which is why I completed their required process for relinquishing United States citizenship and nationality, as provided for in Chapter 8 of the United States Code (e.g. U.S. Federal Law). Because I never received a response or acknowledgement of any kind from Mr. Kerry, I sent a second communication on July 16, 2014, to which I am awaiting and hoping to receive a response. (See Appendix B).  The United States has made it extremely difficult to disassociate from them and is attempting to compel

Pg. 4 of 12

association because they do not want to be viewed in a certain light. However, Article 20 of the Universal Declaration for Human Rights states that humans are free to associate and should not be compelled to do so; the United States is not respecting this principle.

ii.)     On May 12, 2014, I sent a written communication to Acting Commissioner Ms. Carolyn W. Colvin, of the U.S. Social Security Administration. (See Appendix C). In said communication, I expressly indicated my desire to not be associated with her agency or use its property (e.g. a U.S. social security number), which is for U.S. citizens, nationals, and other U.S. persons only. Furthermore, I specifically requested that Ms. Colvin acknowledge my decision to disassociate from the U.S., as well as from U.S. property (the social security number). It has been more than two months later, and Ms. Colvin apparently has not thought it proper to even acknowledge receipt of my request. I was sure to include all of my contact information and even invited her to contact me if there were any questions, comments, or concerns regarding my request. She has not contacted me at all—not even to refuse/deny my request. She has just completely ignored me and my express desire to disassociate from the United States. The United States has made it extremely difficult to disassociate from them and is attempting to compel association because they do not want to be viewed in a certain light. However, Article 20 of the Universal Declaration for Human Rights states that humans are free to associate and should not be compelled to do so; the United States is not respecting this principle.

---

## SECTION IV.

### EXHAUSTION OF DOMESTIC REMEDIES

13. **We would like to know of any steps taken by or on behalf of the alleged victim(s) to exhaust domestic remedies. Please provide details on the procedures which have been pursued, including recourse to the courts and other public authorities as well as national human rights institutions\*,;the claims made, at what times, and the resulting outcome:..............(Please see # 12 above).**

---

\* National human rights institutions, established and operating under the Principles Relating to the Status of National Institutions (the Paris Principles), in particular in regard to quasi-judicial competence, may serve as effective means of addressing individual human rights violations.

14. **If domestic remedies have not been exhausted on grounds that their application would be ineffective or unreasonably prolonged, please explain the reason(s) in detail:**................. (Please see # 12 above).

---

## SECTION V.

### SUBMISSION OF COMMUNICATION TO OTHER HUMAN RIGHTS BODIES

15. **Have you already submitted the same matter to a special procedure, a treaty body or other United Nations or similar regional complaint procedures in the field of human rights?:**...............No, I have not.

16. **If so, detail which procedure has been, or is being pursued, which claims have been made, at which times, and the current status of the complaint before this body:**.............. N/A

---

## SECTION VI.

### REQUEST FOR CONFIDENTIALITY

*In case the communication complies with the admissibility criteria set forth in Council resolution 5/1, kindly note that it will be transmitted to the State concerned so as to obtain the views of the latter on the allegations of violations.*

17. **Please indicate whether you would like your identity or any specific information contained in the complaint to be kept confidential.**

   a. **Request for confidentiality?:**   Yes ☐   No ☒

   b. **Please indicate which information you would like to be kept confidential (if any):**................ N/A

Date: 7/24/14          Signature: _Jason Joseph Clark_

*N.B. The blanks under the various sections of this form indicate where your responses are required. You should take as much space as you need to set out your responses; however, tour complaint should not exceed eight pages(excluding enclosures).*

---

## SECTION VII.

### CHECKLIST OF SUPPORTING DOCUMENTS

---

*Please provide copies (not originals) of supporting documents (kindly note that these documents will not be returned) in one of the six UN official languages. Below, indicate whether you will be enclosing any of the following:*

- ✓ **Decisions of domestic courts and authorities on the claim made (a copy of the relevant national legislation is also helpful):**........ Yes ☐   No ☒

- ✓ **Complaints sent to any other procedure mentioned in section V (and any decisions taken under that procedure):** ........ Yes ☐   No ☒

- ✓ **Any other evidence or supporting documents deemed necessary:** ............ Yes ☒   No ☐

  - ○ **If Yes, please specify:**.............. I have appended copies of written communications sent to the concerned parties that I believe to be infringing upon my rights. (Please see appendices A-C.)

---

## SEND COMPLETED FORM TO:

---

Office of the United Nations High Commissioner for Human Rights
Human Rights Council Branch-Complaint Procedure Unit
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland
Fax: (+41 22) 917 90 11
E-mail: CP@ohchr.org
Website: http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx

Human Rights Council: Complaint Procedure Form

PG. 7 of 12



UNITED NATIONS
**HUMAN RIGHTS**
OFFICE OF THE HIGH COMMISSIONER

# HUMAN RIGHTS COUNCIL
# COMPLAINT PROCEDURE FORM

→ **You are kindly requested to submit your complaint in writing in one of the six official UN languages (Arabic, Chinese, English, French, Russian and Spanish) and to use these languages in any future correspondence;**

→ **Anonymous complaints are not admissible;**

→ **It is recommended that your complaint does not exceed eight pages, excluding enclosures.**

→ **You are kindly requested not to use abusive or insulting language.**

## SECTION I.

### INFORMATION CONCERNING THE AUTHOR (S) OF THE COMMUNICATION OR THE ALLEGED VICTIM (S) IF OTHER THAN THE AUTHOR

1. **Individual** ☒    **Group of individuals** ☐    **NGO** ☐    **Other** ☐

2. **Last name:** ......... Clark

3. **First name(s):** ..............Tamah

4. **Nationality:** ......... I was born in central North America, on the landmass known as the United States, but I am a non-U.S. citizen/ non-U.S. national).

5. **Address for correspondence on this complaint:** ...........6901-A N. 9th Ave. #429, Pensacola, Florida 32504, United States of America

6. **Tel and fax: (please indicate country and area code)** .......... United States of America, Tel: (850) 512-6642

7. **E-mail:** ..........TamahJClark@gmail.com

8. **Website:** ..........N/A

9. **Submitting the complaint:** Tamah Jada Clark

    a. **On the author's own behalf?: Yes** ☒    **No** ☐

    b. **If on behalf of other persons, specify who: ...................**N/A

---

## SECTION II.

### INFORMATION ON THE STATE CONCERNED

---

10. **Name of the State concerned:............** United States of America

11. **If applicable, name of public authorities responsible for the alleged violation(s):...............:** Acting Commissioner Carolyn W. Colvin of the U.S. Social Security Administration & U.S. Secretary of State John Kerry

---

## SECTION III.

### FACTS OF THE COMPLAINT AND NATURE OF THE ALLEGED VIOLATION(S)

---

*The complaint procedure addresses consistent patterns of gross and reliably attested violations of all human rights and all fundamental freedoms occurring in any part of the world and under any circumstances.*

12. **Please detail, in chronological order, the facts and circumstances of the alleged violations including dates, places and alleged perpetrators and how you consider that the facts and circumstances described violate your rights or that of the concerned person(s):............**

    i.)    On June 20, 2014, I sent a written communication to U.S. Secretary of State, Mr. John Kerry, pertaining to the loss of United States nationality and citizenship. (See Appendix A). In that communication, I was very clear and direct about my desire to not be affiliated with the United States, which is why I completed their required process for relinquishing United States citizenship and nationality, as provided for in Chapter 8 of the United States Code (e.g. U.S. Federal Law). Because I never received a response or acknowledgement of any kind from Mr. Kerry, I sent a second communication on July 16, 2014, to which I am awaiting and hoping to receive a response. (See Appendix B). The United States has made it extremely difficult to disassociate from them and is attempting to compel

Pg. 9 of 12

association because they do not want to be viewed in a certain light. However, Article 20 of the Universal Declaration for Human Rights states that humans are free to associate and should not be compelled to do so; the United States is not respecting this principle.

ii.)     On May 12, 2014, I sent a written communication to Acting Commissioner Ms. Carolyn W. Colvin, of the U.S. Social Security Administration. (See Appendix C). In said communication, I expressly indicated my desire to not be associated with her agency or use its property (e.g. a U.S. social security number), which is for U.S. citizens, nationals, and other U.S. persons only. Furthermore, I specifically requested that Ms. Colvin acknowledge my decision to disassociate from the U.S., as well as from U.S. property (the social security number). It has been more than two months later, and Ms. Colvin apparently has not thought it proper to even acknowledge receipt of my request. I was sure to include all of my contact information and even invited her to contact me if there were any questions, comments, or concerns regarding my request. She has not contacted me at all—not even to refuse/deny my request. She has just completely ignored me and my express desire to disassociate from the United States. The United States has made it extremely difficult to disassociate from them and is attempting to compel association because they do not want to be viewed in a certain light. However, Article 20 of the Universal Declaration for Human Rights states that humans are free to associate and should not be compelled to do so; the United States is not respecting this principle.

---

### SECTION IV.

#### EXHAUSTION OF DOMESTIC REMEDIES

**13. We would like to know of any steps taken by or on behalf of the alleged victim(s) to exhaust domestic remedies. Please provide details on the procedures which have been pursued, including recourse to the courts and other public authorities as well as national human rights institutions\*,;the claims made, at what times, and the resulting outcome:..............** (Please see # 12 above).

---

\* National human rights institutions, established and operating under the Principles Relating to the Status of National Institutions (the Paris Principles), in particular in regard to quasi-judicial competence, may serve as effective means of addressing individual human rights violations.

Pg. 10 of 12

14. **If domestic remedies have not been exhausted on grounds that their application would be ineffective or unreasonably prolonged, please explain the reason(s) in detail:**.............. (Please see # 12 above).

---

### SECTION V.

#### SUBMISSION OF COMMUNICATION TO OTHER HUMAN RIGHTS BODIES

15. **Have you already submitted the same matter to a special procedure, a treaty body or other United Nations or similar regional complaint procedures in the field of human rights?:**..............No, I have not.

16. **If so, detail which procedure has been, or is being pursued, which claims have been made, at which times, and the current status of the complaint before this body:**.............. N/A

---

### SECTION VI.

#### REQUEST FOR CONFIDENTIALITY

*In case the communication complies with the admissibility criteria set forth in Council resolution 5/1, kindly note that it will be transmitted to the State concerned so as to obtain the views of the latter on the allegations of violations.*

17. **Please indicate whether you would like your identity or any specific information contained in the complaint to be kept confidential.**

   a. **Request for confidentiality?:**   Yes ☐        No ☒

   b. **Please indicate which information you would like to be kept confidential (if any):**................ N/A

Date: 7/24/14            Signature: _____

4 of 5
Human Rights Council: Complaint Procedure Form

Pg. 11 of 12

*N.B. The blanks under the various sections of this form indicate where your responses are required. You should take as much space as you need to set out your responses; however, tour complaint should not exceed eight pages(excluding enclosures).*

---

### SECTION VII.

#### CHECKLIST OF SUPPORTING DOCUMENTS

---

*Please provide copies (not originals) of supporting documents (kindly note that these documents will not be returned) in one of the six UN official languages. Below, indicate whether you will be enclosing any of the following:*

✓ **Decisions of domestic courts and authorities on the claim made (a copy of the relevant national legislation is also helpful):........ Yes ☐ No ☒**

✓ **Complaints sent to any other procedure mentioned in section V (and any decisions taken under that procedure): ........ Yes ☐ No ☒**

✓ **Any other evidence or supporting documents deemed necessary: ...........
Yes ☒ No ☐**

- o **If Yes, please specify:..............** I have appended copies of written communications sent to the concerned parties that I believe to be infringing upon my rights. (Please see appendices A-C.)

---

### SEND COMPLETED FORM TO:

---

Office of the United Nations High Commissioner for Human Rights
Human Rights Council Branch-Complaint Procedure Unit
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland
Fax: (+41 22) 917 90 11
E-mail: CP@ohchr.org
Website: http://www.ohchr.org/EN/HRBodies/HRC/Pages/HRCIndex.aspx