**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
SEP 2 - 2014
JAMES N. HATTEN, Clerk
By: Deputy Clerk

From:

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

Certified Mail #:

7013 2250 0001 9001 3194

To:

Magistrate Judge Linda T. Walker
United States District Court
Northern District of Georgia
(ATLANTA Division)
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

Wednesday, August 27, 2014

**RE: Order for Perjury, Compelled Association, Involuntary Servitude, and Fraud, Issued by Magistrate Judge Linda T. Walker in Civil Action No. 1:14-CV-2703-WBH-LTW**

Dear Madam:

My name is Tamah Jada Clark and I am writing you regarding my petition for a federal writ of Habeas Corpus **pursuant 28 U.S.C. § 2254** **<u>(a)</u>** dated July 22, 2014. As of today, I am in receipt of your Order dated August 21, 2014, which you have attempted to unlawfully impose upon myself, my petition, and my family.

1) Firstly, your order states that I filed *"under 28 U.S.C. § 2254 on behalf of [my] husband, Jason Joseph Clark"* though I [erroneously] *"submitted the petition under [my] signature and paid the filing fee."* The forgoing is a

**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

categorically false statement; you have outright lied. I submitted MY petition, on MY own behalf, which is why I also paid the $5.00 fee and signed MY name thereto. This was all done pursuant **28 U.S.C. § 2254 (a)**.

Question: When you sit on the bench, are you not under oath and susceptible to prosecution for perjury?

2) Secondly, you ignorantly attempt to mock me because I have correctly stated (in MY petition) that my husband and I (and our child) are *"Floridian-American foreign nationals, also recognizable as freemen under the organic Constitution for the United States of America Republic."*

Question(s): Are you not familiar with your Pledge of Allegiance, your Constitution, and the overall history of the U.S. Government? See Title 4 of U.S.C., the Federalist Papers, and U.S. History (respectively). The extremely relevant sources I have just mentioned all blatantly state that the U.S. government is to be a Federal REPUBLIC, not a Democracy. A Democracy and a Republic are not the same thing, Ms. Walker. Could not even a blind man see that there are major discrepancies and unforgiveable inconsistencies between that which the current U.S. boasts its form of government to be, and that which **ALL** of the Founding Fathers, Founding Charters, earlier Supreme Court Cases, etc. **DICTATE** it is *supposed* to be?

3) Thirdly, America is two continents, Ms. Walker—not a nationality. Whether one is from Chile, Canada, Brazil, Mexico, etc.—we are **ALL** Americans—even you, as a *citizen of the United States*, are an American. Political status and rights are attached to nationality, Ms. Walker; and thus, nationality is *EXTREMELY* important—apparently more important than you are able to comprehend.

Question(s): What is your nationality, Ms. Walker? "*American*"? "*United States-ian*"? Keep in mind that, originally, "congress" was an ***international*** term, so what does that tell you about the *nature of the forum* created by the several States coming together in Congress? The several States had SEPARATE and INDEPENDENT constitutions that existed **BEFORE** the

2 of 6

**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

U.S. Federal Constitution, Ms. Walker, and were recognized as independent SOVEREIGNTIES (see Declaration of Independence, Articles of Confederation, and U.S. Constitution); thus, how then, did they allegedly not have nationalities of their own prior to the formation of the U.S. Federal Government? Do not **ALL** sovereign and independent states, worldwide, carry their own nationality? Is nationality not one of the inherent attributes of a sovereign state?

What are you suggesting then, Ms. Walker—that the Founding Fathers were savagely bastards without lawful government and a nationality connected thereto; that they were not intelligent enough to understand the principles of the institutions of government? Either YOU ARE WRONG or they are wrong—which one is it? Which of you is more than likely the imbecile?

4) Fourthly, originally, there was no such thing as a "U.S. national", Ms. Walker; it is something that was later contrived, well after the formation of the United States government. The *State of Georgia* that you know and love is composed 100% of U.S. nationals, Ms. Walker; thus, you do the math.

Question: If your nationality did not exist at the time that the several States came together to form a Union (Federal Republic) for their mutual protection and prosperity, —and instead was a status specific to the federal government, once formed—then how can U.S. nationals be regarded as the beneficiaries of the U.S. Constitution?

5) Fifthly, it is absolutely true that the *State of Georgia* that you know and love *"lacks authority to arbitrarily exercise jurisdiction over freemen in the state territories of the States of the former (organic) American Union."* Just because you do not know what that means does not make it any less true; your ignorance only makes it all the more clear why you are a U.S. Magistrate "Judge" and not a real judge.

3 of 6

**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

Question(s): How did you get involved in this case? Were all the real judges busy? Was not the Court supposed to ask my permission before sticking me with a lesser judge? **I never consented to my case going before a Magistrate "Judge", Ms. Walker.** Where did you even come from? And when will you be returning?

6) Sixthly, your *State of Georgia* **IS** unlawfully confining my husband, and I certainly could prove it—very easily; though, I never said anything about representing my husband or anyone other than myself. And I do not need to be a member of your bar to come before the Court. Stop with the frivolous hearsay that you have taken it upon yourself to interject. Get the facts straight.

   Question(s): Being that I am NOT a citizen or national of the *current* United States, what makes you think that your citing some irrelevant U.S. court case (Church v. City of Huntsville) means ANYTHING to me? I see that you are able to ramble off some random and inapplicable "case law", but, what makes you think I care?

7) Seventhly, my husband , Jason Joseph Clark has not sought a writ of habeas corpus—I have, on my own behalf, **pursuant 28 U.S.C. § 2254 (a)**. And thus, the present action is not a "Prisoner's Petition for Habeas Corpus".

   Question(s): Did you not read the caption of my petition, or ANYTHING contained in the body thereof? If you did, but still cannot comprehend the matter contained therein as is being discussed herein, then you do not comprehend the U.S. Constitution and are therefore unfit to be a U.S. Federal Judge, wouldn't you agree?

4 of 6

**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

My husband, Jason Joseph Clark, will not be observing your order that *"he must, within **twenty-one (21) days** of the date of this Order is entered, personally submit a petition signed by him or have a lawyer who is admitted to practice before this Court"*; and he will not be needing or using any forms provided by your Clerk, so you can keep them.

**Stop trying to include him as a party to this action, when he is not. Stop trying to make this a Prisoner's Petitioner for Habeas Corpus pursuant 28 U.S.C. § 2254 (b), when it is not. <u>You do not have the right or the authority to coerce me into compliance with your unlawful demands by threatening to dismiss MY case if I do not agree to participate in the fraud you are attempting to perpetuate.</u>**

Let this serve as your official notice that I <u>DO NOT CONSENT</u> to your attempt at compelling me into associating with the United States, committing perjury, being the victim of fraud, or your imposition of involuntary servitude upon my husband. I suggest you correct yourself now so you don't have to be corrected again in the future.

Back to the drawing board for you, huh?

Sincerely,

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

**Important Notice: this letter is intended for Magistrate Judge Linda T. Walker of the U.S. Federal District Court for the Northern District of Georgia, ATLANTA Division. If you are not said Magistrate Judge, her staff attorney, or other authorized person to accept communications on her behalf, then this letter is not intended for you—unless, of course, you have been carbon copied on this communication. (See page 6 to verify).

CC:

Clerk, U.S. Federal District Court
Southern District of GA
(STATESBORO Division)
P.O. Box 8286
Savannah, GA 31412

Clerk, U.S. Federal District Court
Northern District of GA
(ATLANTA Division)
2211 U.S. Courthouse
75 Spring St. S.W.
Atlanta, GA 30303-3361

Heather Banks McNeal
Bulloch County Clerk of Court
20 Siebald Street
Statesboro, GA 30458

Judge B. Avant Edenfield
United States District Court
Southern District of Georgia
(STATESBORO Division)
PO BOX 8286
Savannah, GA 31412

John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Office of the U.N. High Comm'r for Human Rights
Human Rights Council Branch
OHCHR- Palais Wilson
United Nations Office at Geneva
CH-1211 Geneva 10, Switzerland

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TAMAH JADA CLARK,<br>Petitioner,<br><br>v.<br><br>MR. STANLEY WILLIAMS,<br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>: | PRISONER HABEAS CORPUS<br>28 U.S.C. § 2254<br><br><br><br>CIVIL ACTION NO.<br>1:14-CV-2703-WBH-LTW |

**ORDER**

Petitioner, pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 on behalf of her husband, Jason Joseph Clark, who is confined at Smith State Prison in Glennville, Georgia. Petitioner submitted the petition under her signature and paid the filing fee. (Doc. 1 at 8; Doc. 1-2.)

Petitioner claims that she and her husband are "Floridian-American foreign nationals, also recognizable as freemen under the organic Constitution for the United States of America Republic" and that Georgia "lacks authority to arbitrarily exercise jurisdiction over freemen in the state territories of the States of the former (organic) American Union." (Doc. 1 at 2-3 (citation omitted).) Petitioner thus contends that the State is unlawfully confining her husband and that she "will gladly come to court with official documents and historical records . . . and prove it." (*Id.* at 5.)

Petitioner is not a member of this Court's bar and does not appear to be a lawyer. Thus, Petitioner cannot represent her husband in this Court. *See Church v. City of Huntsville*, 30 F.3d 1332, 1340 (11th Cir. 1994). If Jason Joseph Clark seeks a writ of habeas corpus, he must file a petition on his own behalf and signed by him or have a lawyer who is admitted to practice before this Court file it on his behalf. Tamah Jada Clark – or anyone else not a member of this Court's bar – may not pursue this case on Petitioner's behalf.

Accordingly, **IT IS ORDERED** that if Jason Joseph Clark seeks a writ of habeas corpus from this Court he must, within **twenty-one (21) days** of the date this Order is entered, personally submit a petition signed by him or have a lawyer who is admitted to practice before this Court submit a petition on his behalf. If Mr. Clark submits a petition on his own behalf, he must use the form the Clerk will provide him and complete all portions of the form. The Court **DIRECTS** the Clerk to send a copy of this Order and a 28 U.S.C. § 2254 petition form to Jason Joseph Clark at Smith State Prison and to send a copy of only the Order to Tamah Jada Clark.

AO 72A
(Rev.8/82)

Failure to submit a petition within the time period listed above or failure to submit a petition that complies with this Order may result in dismissal of this case.

**SO ORDERED**, this 21 day of August, 2014.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE