FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 10 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

**Tamah Jada Clark,**

Plaintiff/Petitioner

v.

**WARDEN STANLEY WILLIAMS (GDOC: SMITH STATE PRISON),**

Defendant/Respondent

1:14-CV-2703-WBH-LTW

Civil Action No._____

## NOTICE TO THE COURT

On August 21, 2014 this Court entered an Order mandating that I, Jason Joseph Clark, a non-party to the present action—file a prisoner's petition for habeas corpus pursuant 28 U.S.C. § 2254 within 21 days of the Order being entered.

However, in no point in time have I communicated any desire or intent to file a prisoner's petition for habeas corpus, and have thus erroneously been made party

to this action without my knowledge, intent, or consent. I do not seek a writ of habeas corpus from this Court.

The present action was commenced by my wife, Tamah Jada Clark/Petitioner, on her own behalf, pursuant 28 U.S.C. § 2254(a). Again, I do not wish to be made party to this or any other habeas corpus action at this time.

*(By Power of Attorney)*

_____

Friday, September 5, 2014

Signed by: Tamah Jada Clark

Jason Joseph Clark
c/o Tamah Jada Clark
(850) 512-6642
TamahJClark@gmail.com
6901-A N. 9th Ave #429
Pensacola Fla

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**(ATLANTA DIVISION)**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 10 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**Tamah Jada Clark,**

Plaintiff/Petitioner

v.

**WARDEN STANLEY WILLIAMS
(GDOC: SMITH STATE PRISON),**

Defendant/Respondent

1:14-CV-2703-WBH-LTW

Civil Action No._____

## CERTIFICATE OF SERVICE FOR:

NOTICE TO THE COURT DATED 9/5/2014

I, Jason Joseph Clark, hereby affirm that a true and correct copy of the above-mentioned Notice to the Court has been served on the attorney for Warden Stanley Williams/Respondent, Mr. Sam Olens at his last known address of :

**Attorney General, Sam Olens**

**Office of the Attorney General**
**40 Capitol Square, SW**
**Atlanta, Ga 30334**

*By Power of Attorney:*

_____
*Friday, September 5, 2014*

*Signed by: Tamah Jada Clark*

Jason Joseph Clark
c/o Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]