IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAMAH JADA CLARK,
   Petitioner,

v.

STANLEY WILLIAMS,
   Respondent.

CIVIL ACTION NO.
1:14-CV-2703-WBH

## ORDER

In light of Petitioner's decidedly vitriolic pleading that she directed against the undersigned in another action, see Civil Action File No. 1:14-CV-2128-WBH, the undersigned concludes that he must **RECUSE** from this action. The Clerk is **DIRECTED** to reassign the matter to the appropriate District Judge for further proceedings.

**IT IS SO ORDERED**, this 23 day of April, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)