UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMAH JADA CLARK,<br><br>     Petitioner,<br><br>vs.<br><br>MR. STANLEY WILLIAMS,<br><br>     Respondent. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-2703-AT |

## **J U D G M E N T**

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Magistrate's Report and Recommendation, and the Court having **ADOPTED** the Report and Recommendation, it is

**Ordered and Adjudged** that the petition for writ of habeas corpus is DISMISSED Without Prejudice.

Dated at Atlanta, Georgia this 28th day of April, 2015.

            JAMES N. HATTEN
            CLERK OF COURT

           By: _s/ James Jarvis_
             Deputy Clerk

Prepared and Entered
In the Clerk's Office
April 29, 2015
James N. Hatten
Clerk of Court

By: _s/ James Jarvis_
   Deputy Clerk